**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-353-KC** |
| | § | |
| **ARAS INVESTMENT BUSINESS** | § | |
| **GROUP S.A.P.I. DE C.V. et al.,** | § | |
| | § | |
| **Defendants.** | § | |

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**</u>

On this day, the Court considered United States Magistrate Judge Anne T. Berton's

Report and Recommendation ("R&R"), ECF No. 36.  On April 21, 2025, Plaintiff filed a Motion

for Default Judgment ("Motion"), ECF No. 31.  On September 12, the Motion was referred to

Judge Berton.  Sept. 12, 2025, Text Order.

Judge Berton filed the R&R on October 17, 2025, recommending that the Court grant

Plaintiff's Motion.  Parties have fourteen days from a service of a Report and Recommendation

of a United States Magistrate Judge to file written objections.  *See* 28 U.S.C. § 636(b)(1)(C).[1]

Over fourteen days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of

discretion and contrary to law" standard of review to a report and recommendation.  *United*

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  After reviewing the R&R, the Court

agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

that they are neither clearly erroneous nor contrary to law.  *See id.*

Accordingly, the Court **ADOPTS** the R&R, ECF No. 36, in its entirety, and **GRANTS** Plaintiff's Motion, ECF No. 31.

**IT IS FURTHER ORDERED** that Plaintiff shall file a motion for damages and/or other relief by **no later than January 12, 2026**.  Defendants shall respond by **no later than January 26, 2026**, and Plaintiff may reply by **no later than February 2, 2026**.

**SO ORDERED.**

**SIGNED this 5th day of November, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE